# MEMORANDUM DECISIONS

A. G. HYDE & SONS v. MOBILE & O. R. CO. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by A. G. Hyde & Sons against the Mobile & Ohio Railroad Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ALEXANDER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Forrest Alexander, an infant, by Isabella Alexander, his guardian ad litem, against the Brooklyn Heights Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

ALLING, Appellant, v. HIRSCHBERG, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) Action by Howard W. Alling against Henry Hirschberg. No opinion. Judgment affirmed, with costs. See, also, 121 App. Div. 928, 106 N. Y. Supp. 1115.

ALSEN AMERICAN PORTLAND CEMENT WORKS OF NEW YORK, Respondent, v. WILLIAM A. THOMAS CO., Appellant. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by the Alsen American Portland Cement Works of New York against the William A. Thomas Company. W. Rasquin, Jr., for appellant. A. A. Mitchell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

AMERICAN SAVINGS BANK v. RICE REALTY & CONSTRUCTION CO. et al., (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by the American Savings Bank against the Rice Realty & Construction Company and others. No opinion. Motion denied, with costs, and stay vacated.

AMERICAN WOOLEN CO. v. COHEN et al. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by the American Woolen Company against Jacob Cohen and others. A. J. Geist, for appellant. H. Baer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 127 N. Y. Supp. 787.

AMORY v. IVINS. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Appeal from Special Term, New York County. Action by William M. Ivins against William N. Amory. From parts of an order granting motion to require defendant to furnish a bill of particulars, defendant appeals. Order modified, and, as modified, affirmed. Leslie C. Ferguson, for appellant. Robert L. Hoguet and Harold J. Roig, for respondent.

PER CURIAM. The order should be modified by striking out in clauses 1 and 2 thereof the words "and in what tenor and what effect," and inserting in lieu thereof the words "and the substance of said alleged agreement," by striking out in clause 6 thereof the words "and the basis of the claim that any such payment was on account of the said work, labor, and services or on account of said sum of $4,-125," and, further, by striking out in clause 11 thereof the words "and the basis of the claim that any such payment was on account of the said work, labor, and services, or on account of said sum of $3,000," and, as so modified, affirmed, with $10 costs and disbursements to the defendant.

AMPERSAND HOTEL CO. v. ORIENT INS. CO., et al. (Supreme Court, Appellate Division, Third Department. March 21, 1911.) Appeal from Special Term. Action by the Ampersand Hotel Company against the Orient Insurance Company and another. From an order striking a part of the answer, the defendant named appeals. Reversed. Hartwell Cabell, for appellant. Ellison, MacIntyre, & Davis and Frank J. Ryan, for respondent.

PER CURIAM. We are of opinion that the matters alleged in that part of the answer stricken out may properly be shown in proof of the defense asserted in the answer. The order striking out that part of the answer is therefore reversed.

HOUGHTON, J., dissents.

ANDERSON v. ANDERSON. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) Action by Frank A. Anderson against Adelaide M. Anderson.

PER CURIAM. Motion denied, on condition that appellant serve printed papers within 20 days and bring an appeal for argument upon the first motion day of the May term; otherwise, motion is granted. See, also, 126 N. Y. Supp. 1120.

ANDREWS, Appellant, v. ALLEN, Respondent. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) Action by Henrietta Andrews against George W. Allen, as administrator, etc., of John W. Allen, deceased.

PER CURIAM. Motion granted, unless within 10 days the appellant pays $10 costs of